# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GRISELDA DOMINGA EVELYN SANTANDER,**
Appellant,

v.

**JOSE LEONARDO PERALTA,**
Appellee.

No. 4D2026-0240

[February 25, 2026]

Nonfinal appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cheryl Annette Caracuzzo, Judge; L.T. Case No. 502020DR003221XXXXMB.

Griselda Dominga Evelyn Santander, Marysville, Washington, pro se.

No appearance for appellee.

PER CURIAM.

We summarily affirm the order temporarily modifying timesharing. Fla. R. App. P. 9.315(a). The trial court did not abuse its broad discretion. *Riddle v. Riddle*, 214 So. 3d 694, 696 (Fla. 4th DCA 2017) ("Temporary relief orders in family law cases are among the areas where trial judges have the very broadest discretion, which appellate courts are very reluctant to interfere with except under the most compelling of circumstances.").

*Affirmed.*

KUNTZ, C.J., MAY and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***